

## U.S. Department of Justice

**Karen P. Hewitt**
*United States Attorney*
*Southern District of California*

*Karla Davis*
*Assistant United States Attorney*

(760) 370-0893 Ext. 12
Fax (760) 335-3975

San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
516 Industry Way
Suite C
Imperial, California 922251

### NOTICE TO APPEAR

RE: UNITED STATES OF AMERICA,
v.
Jovanna Lisset FERNANDEZ,

Magistrate Case No. 08MJ8791
For Violation of:
8 U.S.C. § 1324

You are hereby notified that your case will be called for arraignment on Tuesday, September 16, 2008, at the hour of 12:00 p.m., in the United States Magistrate Court, 2003 West Adams Avenue, Suite 220, El Centro, California 92243. You should report to the courtroom of the Magistrate Judge. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

You may be charged with a criminal offense. You are strongly advised to consult with an attorney before the above court appearance. If you do not have funds to hire an attorney, you may qualify for appointed counsel. If you think you qualify for court-appointed counsel, it is suggested that you be at the courthouse approximately one hour before your scheduled court appearance to speak with an attorney.

KAREN P. HEWITT
United States Attorney

_____
KARLA DAVIS
Assistant U.S. Attorney

---

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: _____
Dated: 09/02/2008

Presented by: SBPA _____
(Agent's Name)

U.S. Border Patrol
(Agency)
(760) 335-5737
(Agent's Telephone No.)